No. 1482. STRATMORE ET UX. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 1492. S. T. G. CONSTRUCTION CO., INC. *v.* STATEN ISLAND RAPID TRANSIT RAILWAY CO. C. A. 2d Cir. Certiorari denied.

No. 1498. TUNICA COUNTY SCHOOL DISTRICT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 1501. MALONEY, DBA APALACHICOLA TIMES *v.* GIBSON ET AL. Sup. Ct. Fla. Certiorari denied.

No. 1502. McGEE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 1506. WHITCOMB ET UX. *v.* SANITARY COMMISSION OF ANNE ARUNDEL COUNTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 1519. EYEN *v.* NEBRASKA EX REL. MEYER, ATTORNEY GENERAL OF NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 1464. GARLAND KNITTING MILLS OF BEAUFORT, SOUTH CAROLINA, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE is of the opinion that certiorari should be granted.

No. 1508. POWELL *v.* COMMITTEE ON ADMISSIONS AND GRIEVANCES ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.